Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
Frank H. Lagesen, OSB No. 69099
flagesen@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:    (503) 323-9000
Facsimile:     (503) 323-9019

FILED '07 JAN 08 16:08 USDC-OR

Attorneys for Defendants Harrington, Anderson & DeBlasio;
David H. DeBlasio; and Frederick J. Hanna & Associates, P.C.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

KYLE N. BUDEAU,

       Plaintiff,

     v.

BANK OF AMERICA, N.A., a national
association; CREDITORS INTERCHANGE
RECEIVABLES MANAGEMENT, LLC., a
foreign limited liability company dba Creditors
Interchange; GEORGE AHERN; FMA
ALLIANCE LIMITED PARTNERSHIP, a
foreign limited partnership dba FMA Alliance,
Ltd.; JONI HALL, alias Ms. HALL;
FREDERICK J. HANNA & ASSOCIATES,
P.C., a foreign professional corporation dba
Frederick J. Hanna & Associates;
HARRINGTON, ANDERSON & DeBLASIO,
an unregistered Oregon partnership, DAVID
H. DeBLASIO, ESQ., an individual,

       Defendants.

Case No. CV 06 816 HA

**STIPULATED JUDGMENT
OF DISMISSAL**

     IT IS HEREBY STIPULATED by and between plaintiff and defendants that all of

plaintiff's claims against all defendants shall be dismissed with prejudice and without costs

and attorney fees to any party.

_____
Danny H. Gerlt
Attorney for Plaintiff

12/31/06
_____
Date

Page 1 - **STIPULATED JUDGMENT OF DISMISSAL**

394901

COSGRAVE VERGEER KESTER LLP


_____     _12/29/06_____
Robert E. Sabido                     Date
Attorneys for Defendants Harrington,
Anderson & DeBlasio; David H. DeBlasio;
and Frederick J. Hanna & Associates, P.C.


Davis Wright Tremaine LLP


for _____    _12/29/06_____
Carol Noonan                         Date
Attorneys for Defendant Bank of America


Davenport & Hasson LLP


for _____    _12/29/06_____
Jeffrey I. Hasson                    Date
Attorneys for Defendant Creditors
Interchange Receivables Management,
LLC and George Ahern


Hinshaw & Culbertson


for _____    _12/29/06_____
David Elkanich                       Date
Attorneys for FMA Alliance
Limited Partnership

   Based on the parties' stipulation, it is

   ADJUDGED that all of plaintiff's claims against all defendants are dismissed with

prejudice and without costs and attorney fees to any party.

   DATED: January 5, 2007


                                     _____
                                     Ancer L. Haggerty
                                     United States District Chief Judge


Page 2 - **STIPULATED JUDGMENT OF DISMISSAL**

                                                                    394901

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **STIPULATED JUDGMENT OF DISMISSAL** on the date indicated below by:

☒    mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐    hand delivery,

☐    facsimile transmission,

☐    overnight delivery,

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Danny H. Gerlt
Attorney at Law
8600 SW 30th Avenue
Portland, OR 97219
     Attorneys for Plaintiff

Carol Noonan
Davis Wright Tremaine LLP
1300 SW 5th Avenue, Suite 2300
Portland, OR 97201
     Attorneys for Defendant Bank of America

Jeffrey I. Hasson
Davenport & Hasson LLP
12707 NE Halsey St
Portland, OR 97230
     Attorneys for Defendant Creditors Interchange
     Receivables Management, LLC and George Ahern

David Elkanich
Hinshaw & Culbertson
1000 SW Broadway, Suite 1950
Portland, OR 97205
     Attorneys for FMA Alliance Limited Partnership

     DATED: January 2, 2007

Robert E. Sabido

Page 1 **CERTIFICATE OF SERVICE**

394901